[Civil Nos. 2584, 2586, 2588. Filed July 11, 1927.]

[258 Pac. 260.]

PIMA FARMS COMPANY, a Corporation, Appellant, v. HERMAN VAN LOO and HELEN M. VAN LOO, His Wife, Appellees.

PIMA FARMS COMPANY, a Corporation, Appellant, v. OSCAR G. FOWLER and MERTIE FOWLER, His Wife, Appellees.

PIMA FARMS COMPANY, a Corporation, Appellant, v. ROBERT W. RUNTE and FERN A. RUNTE, His Wife, and JOE GAULKE and FLORENCE B. GAULKE, His Wife, Appellees.

Messrs. Kingan & Darnell, for Appellant in each case.

Mr. George O. Hilzinger, Mr. Edwin F. Jones and Messrs. Curley & Pattee, for Appellees in each case.

PER CURIAM.—These cases are all controlled by the decision in *Pima Farms Company, a Corporation, Appellant, v. Oscar G. Fowler and Mertie Fowler, His Wife, Appellees* (No. 2585), *ante,* p. 331 258 Pac. 256.

Accordingly, the order of the court is that the judgment in each case be reversed and the cause remanded, with directions that the complaint and cross-complaint be dismissed; that the plaintiff recover its costs in this court, and the defendants the costs in the trial court.